**Order entered November 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01360-CR

### JUSTIN ROBERT BOYCE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063963**

## ORDER

We **GRANT** appellant's November 21, 2016 motion to extend time to file his reply brief and

**ORDER** the reply brief filed no later than December 7, 2016.

/s/     ADA BROWN
           JUSTICE